IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00746-BR

| | |
|---|---|
| A HAND OF HOPE PREGNANCY RESOURCE CENTER, a North Carolina not-for-profit corporation, doing business and ministry as Your Choice Pregnancy Clinic, <br>            Plaintiff, <br><br> v. <br><br> CITY OF RALEIGH, a North Carolina municipal corporation, <br>            Defendant. | ORDER |

This matter is before the court on the parties' 21 November 2017 joint motion to stay this proceeding for ninety days. (DE # 62.) For good cause shown, the motion is GRANTED. It is hereby ORDERED that all further proceedings in this action are stayed for ninety days. The parties shall provide a report to the court on or before 16 February 2018 advising of the status of the matter.

This 27 November 2017.

                                                          W. Earl Britt
                                                          Senior U.S. District Judge