IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-746-BR

| | |
|---|---|
| A HAND OF HOPE PREGNANCY RESOURCE CENTER, *a North Carolina not-for-profit corporation, doing business and ministry as Your Choice Pregnancy Clinic*, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RALEIGH, <br><br> Defendant. | **ORDER** |

This matter is before the court on Defendant's motion to excuse attendance and participation of a representative of Defendant's excess insurance carrier at the court-hosted settlement conference. [DE-113]. For good cause shown, and with the consent of Plaintiff, the motion is allowed, and Defendant's excess insurance carrier is excused from attendance and participation at the court-hosted settlement conference.

Given a conflict that has arisen on the court's calendar, the court-hosted settlement is continued to **Friday, September 27, 2019, at 10:30 a.m.** in the Alton Lennon Federal Building and Courthouse in Wilmington, North Carolina. The parties shall submit confidential settlement memoranda to the undersigned by no later than **Tuesday, September 24, 2019**. All provisions of the court's August 6, 2019 order remain in effect except to the extent modified herein.

SO ORDERED, the 18 day of August 2019.

Robert B. Jones, Jr.
United States Magistrate Judge